IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PERRY SLAUGHTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:10-cv-340-MEF |
| | ) | [wo] |
| SIBLEY G. REYNOLDS and | ) | |
| ROBERT BOWERS, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On August 25, 2010, the Magistrate Judge issued a Recommendation (Doc. 9) to which no timely objections were made. Upon an independent review of the record and upon consideration of the Recommendation of the Magistrate Judge, it is the ORDER, JUDGMENT and DECREE that:

(1) The Report and Recommendation of the Magistrate Judge is ADOPTED.

(2) This action is DISMISSED without prejudice for lack of prosecution.

(3) Any outstanding motions are DENIED as moot.

DONE this the 29th day of September, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE